# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SAEID NOSRATI, M.D., | Case No. 2:17-cv-05159 TJH (KSx) |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE [JS-6]** |
| v. | |
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY AND DOES 1 THROUGH 10, | |
| Defendants. | |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed in its entirety, with prejudice. Each party is to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: APRIL 1, 2021

_____
HONORABLE TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE